

USAO2008R00864

FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.** JFM-09-0177 |
| | * | |
| **v.** | * | **(Theft Within Special Maritime and** |
| | * | **Territorial Jurisdiction, 18 U.S.C.** |
| **LAROSE ELSEZY,** | * | **§ 661; Aiding and Abetting, 18 U.S.C.** |
| **Defendant** | * | **§ 2)** |
| | * | |

\*\*\*\*\*\*\*

## INDICTMENT

### Introduction

The Grand Jury for the District of Maryland charges that:

At all times relevant to this Indictment:

1.    The American Federation of Government Employees, Local 1923 ("AFGE"), is a labor organization that represents employees of the Social Security Administration, the Center for Medicare and Medical Services, the Veterans Administration, the Department of Defense, the United States Coast Guard, and the United States Army.

2.    AFGE is located at the Woodlawn Social Security Administration Complex, 6401 Security Boulevard , G-314 West High Rise Building, Baltimore, Maryland 21235.  The Woodlawn Social Security Administration Complex is a place within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under its concurrent jurisdiction.

3.    From approximately June 1986 until November 2006, **LAROSE ELSEZY** was employed by the AFGE as an administrative assistant and a bookkeeper.  Between 2005 and 2006, **ELSEZY** was responsible for reviewing invoices and vouchers, drafting checks and

1

presenting to them to the AFGE President and Treasurer for signature, and entering the information into the AFGE accounting system.

4.     From approximately September 20, 2005 until September 19, 2006, **ELSEZY** used the AFGE accounting system to create checks drawn on the AFGE checking account, payable to herself and to cash. As to each of the checks, **ELSEZY** fraudulently applied the signatures of the President and Treasurer of the AFSE without their knowledge or consent. After creating the checks payable to herself, **ELSEZY** removed her name as the payee in the accounting system, and replaced it with the names of various vendors of the AFGE.

5.     **ELSEZY** cashed the AFGE checks and used the money for her personal benefit.

6.     When the negotiated checks were returned to AFGE by their bank, **ELSEZY** removed the checks from AFGE's records, in order to conceal the true beneficiary of the funds.

7.     On August 9, 2006, **ELSEZY** created check number 8264 on the AFGE checking account payable to herself in the amount of $2,000.00. **ELSEZY** fraudulently applied the signatures of the President and the Treasurer of the AFGE to the check, and cashed the check the same day. After creating the check, **ELSEZY** changed the payee in the accounting system from "La Rose E. Elsezy" to "Greater Kansas Cit," the name of a legitimate AFGE vendor.

2

## The Charge

On or about August 9, 2006, in the District of Maryland, the defendant,

## LAROSE ELSEZY,

at a place within the special maritime and territorial jurisdiction of the United States, did take and

carry away, with intent to steal and purloin, the personal property of another of a value exceeding

$1,000.

18 U.S.C. § 661
18 U.S.C. § 7(3)
18 U.S.C. § 2

_____
J. Rosenstein
ed States Attorney

**SIGNATURE REDACTED**

Date: 4 - 7 - 2009

3